KAREN S. FRANK (State Bar No. 130887)
JULIA D. GREER (State Bar No. 200479)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
E-mail: ef-ksf@cpdb.com
ef-jdg@cpdb.com

Attorneys for Plaintiffs
BROADCAST MUSIC, INC., et al.



IT IS SO ORDERED
Judge James Larson

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC.; AMAZEMENT MUSIC; SCREEN GEMS-EMI MUSIC, INC.; UNIVERSAL DUCHESS MUSIC CORPORATION; PERKS MUSIC INC.; DYNATONE PUBLISHING COMPANY,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THE SYNDICATE ENTERPRISES GROUP, LLC d/b/a THE UPTOWN and LARRY J. TRUJILLO, individually,<br><br>　　　　Defendants. | Case No. C-10-03866-JL<br><br>**STIPULATED DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

13389.009.1613154v1

Case No. C-10-03866-JL

**STIPULATED DISMISSAL**

1  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the Settlement Agreement between the parties, Plaintiffs Broadcast Music, Inc. et al. hereby voluntarily dismiss this action, with prejudice, including all claims. Each party shall bear its own costs and attorneys' fees.

**SO STIPULATED.**

DATED: December 6, 2010  Respectfully submitted,

COBLENTZ, PATCH, DUFFY & BASS LLP

By:  /s/ Karen S. Frank
Karen S. Frank
Attorneys for Plaintiffs BROADCAST MUSIC, INC., et al.

DATED: December 6, 2010  LAW OFFICE OF STEVEN ROOD

By:  /s/ Steven Rood
Steven Rood
Attorneys for Defendants THE SYNDICATE ENTERPRISES GROUP, LLC d/b/a THE UPTOWN, and LARRY J. TRUJILLO, .